B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Missouri

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Jamestown Mall Realty Management, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**90-0473249** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**175 Jamestown Mall**<br>**Florissant, MO**<br>ZIP Code **63034** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Louis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**249-27 37 Ave**<br>**Little Neck, NY**<br>ZIP Code **11363** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **175 Jamestown Mall Florissant, MO 63034** | |

## Type of Debtor (Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business (Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Jamestown Mall Realty Management, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jamestown Mall Realty Management, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Keith D. Price**
Signature of Attorney for Debtor(s)

**Keith D. Price ARN 4099**
Printed Name of Attorney for Debtor(s)

**Sandberg Phoenix**
Firm Name

**One City Centre, 15th Floor**
**St. Louis, MO 63101**

Address

**314-231-3332  Fax: 314-241-7604**
Telephone Number

**August 5, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Mehran Kohansieh**
Signature of Authorized Individual

**Mehran Kohansieh**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**August 5, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

ABBCO Plumbing & Drain
3830 Washington Blvd.
St. Louis, MO

ADT Security Services, Inc.
3401 Rider Trail South
Saint Louis, MO 63108

Alicia White
2223 Hollis Dr.
Saint Louis, MO 63136

Ambius, Inc.
3952 Coayton Ave.
Saint Louis, MO 63110

Ameren UE
1132 Locust Street
Saint Louis, MO 63101

Ameri Gas
6011 Byasee Dr.
Hazelwood, MO 63042

American Signs & Electric
6767 North Hanley Rd.
Saint Louis, MO 63134

Armor Equipment
1368 Lonedell Rd.
Arnold, MO 63010

Art's Lawn Mower Shop
15 Black Jack Ct.
Florissant, MO 63033

Ashinger Electric
877 Horan Dr.
Fenton, MO 63026

Aspen Waste System
13710 Green Ash Ct.
Earth City, MO 63045

AT&T
6411 Chippewa St.
Saint Louis, MO 63109

Batteries Plus
8041 Watson Rd.
Webster Groves, MO

Beckman Plumbing
5096 Blase Station Rd.
Saint Charles, MO 63301

Behlman Sign & Graphics
210 Rue Saint Francois
Florissant, MO 63031

Black Jack Firestone
4895 Parker Rd.
Florissant, MO 63033

Bryan Butts
1175 Saint Matthew Dr.
Florissant, MO 63031

CDS Office Technologies
13625 Lakefront Dr.
Earth City, MO 63045

Commercial Pumping Service, LLC
2506 Bethman
Saint Charles, MO 63301

Community News
2139 Bryan Valley Commercial Dr.
O Fallon, MO 63366

Concept Electric
3 Briarbrook Trail
Saint Louis, MO 63131

Condition Aire Heating & Cooling
12793 Shepherd Dr.
Florissant, MO 63033

Cross Keys Vacuum
133 Flower Valley Shopping Ct.
Florissant, MO 63033

Da-Com
5317 Kinghts of Columbus Dr.
Saint Louis, MO 63119

Da-Com Digital Office Sollutions
5317 Kinghts of Columbus Dr.
Saint Louis, MO 63119

Dehart Recycling Equipment
11862 Missouri Bottom Rd.
Hazelwood, MO 63042

Fed Ex
2735 Choteau Ave.
Saint Louis, MO 63103

Gateway Fire Protection System, Inc.
4860 Baumgartner Rd.
Saint Louis, MO 63129

Grainger
2227 Clark Ave.
Saint Louis, MO 63103

Greater North County Chamber of Commerce
420 W. Washington St.
Florissant, MO 63031

Green Team Lawn Service
10150 Bon Oak Dr.
Saint Louis, MO 63136

Handyman Hardware
5405 Telegraph Rd.
Saint Louis, MO 63129

Hillyard the Cleaning Resource
815 Fee Fee Road
Maryland Heights, MO 63043-3268

Home Depot
2455 Paces Ferry Road
Atlanta, GA 30339

Independent News

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

IPC International
200 Alton Square
Alton, IL 62002

J & W Service

Jamestown Auto Center
100 Jamestown Mall
Florissant, MO 63034

Jared Moore

Josh Weigles

Kathy Hoffman

Kirberg Company
214 S. Vandeventer Ave
Saint Louis, MO 63110

Kreuter & Gordon PC

Laclede Gas
720 Olive St
Suite 1517
Saint Louis, MO 63101

Landmark Sign Company
755 Spirit of St. Louis Blvd
Chesterfield, MO 63005

Leslie's Pool Supply
3829 Lemay Ferry Rd
Saint Louis, MO 63125

Lisa Barothameu

Lloyd Taylor

Lowes Companies, Inc.
1605 Curtis Bridge Rd
Wilkesboro, NC 28697

Mall Finder Network
n/k/a PlaceWise Media
1390 Lawrence St #300
Denver, CO 80204

Maryville Radiology

Metropolitan St. Louis Sewer District
2350 Market St
Saint Louis, MO 63103-2555

MFC Real Estate, LLC
3424 Peachtree Road,N.E., Suite #2200
Atlanta, GA 30326

Michael Spikenger

Midamerican Leasing Co.
225 South Main Ave
Sioux Falls, SD 57104

Midwest Radiology
11133 Dunn Rd #1526
Saint Louis, MO 63136-6119

Mike Bryant

Missouri American Water
727 Craig Road
Saint Louis, MO 63141-7175

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 W. High Street
Jefferson City, MO 65105

Muzak
2120 Roosevelt Ave
Joplin, MO 64804

OfficeMax Inc.
263 Shuman Blvd
Naperville, IL 60563

Patricia Hanes


Performance Roofing Inc.
4693 Baumgartner Rd
Saint Louis, MO 63129

Piros Signs, Inc.
1818 Old State Road M
Barnhart, MO 63012

Pitney Bowes Global Financial Serv. LLC
1 Elmcroft Rd.
Stamford, CT 06926

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250

Presto-X
46 Worthington Access Dr.
Saint Louis, MO 63141

Pro Alarm Theater


Pyrotech
4110 Seven Hills Dr.
Florissant, MO 63033

Quartermaster
750 Long Beach Blvd.
Long Beach, CA 90813

Renard Paper Company
4465 Manchester Ave.
Saint Louis, MO 63110

RJP Electric
3608 South Big Bend Blvd.
Saint Louis, MO 63143

Royal Paper, Inc.
2701 Hereford St.
Saint Louis, MO 63139

SG Magazine


Simplex Grinnell
One Town Center Rd.
Boca Raton, FL 33485

Southside Hardware
6401 Hampton Ave.
Saint Louis, MO 63109

St. Louis County Chris Pignataro


St. Louis County Collector of Revenue
41 S. Central Avenue
Saint Louis, MO 63105

St. Louis Post Dispatch
900 North Tucker Blvd.
Saint Louis, MO 63101

Stars & Stripes Outfitters
724 N. Highway 67
Florissant, MO 63031

T-Mobile
4135 Lindell Blvd.
Saint Louis, MO 63108

Terminix
860 Ridge Lake Blvd.
Memphis, TN 38120

The Bickman Group LTD LLC
18227D Flower Hill Way
Gaithersburg, MD 20879

Tiffany Dunlap Atrium of Elegance
266 Jamestown Mall
Florissant, MO 63034

Total Lock & Security
11772 Westline Industrial Dr.
Saint Louis, MO 63146

Treasurer St. Louis County
41 South Central Ave.
Saint Louis, MO 63105

TriMont Real Estate Advisors, Inc.
3424 Peachtree Road,N.E., Suite#2200
ATTN:  Chris Ferguson
Atlanta, GA 30326

Trinity Maintenance
6815 NW 10th St.
Oklahoma City, OK 73127

True North Services
5607 Keystone Place North
Seattle, WA 98103

UPS
800 Washington Ave.
Saint Louis, MO 63101

Voss Lighting
5200 South 16th St.
Lincoln, NE 68512

Wireless USA
148 Weldon Parkway
Maryland Heights, MO 63043

Zumwalt Corporation
1617 Lafayette Ave.
Saint Louis, MO 63104